AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN **District of** CALIFORNIA

HUMBERTO ARRUDA,
          Plaintiff (s),

V.

LUCKY STORES INC. AKA SAVE MART SUPERMARKETS,
          Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 5:13-CV-01155 LHK

Notice is hereby given that, subject to approval by the court, __HUMBERTO ARRUDA__ substitutes
(Party (s) Name)

__FRANK E. MAYO__, State Bar No. __42972__ as counsel of record in
(Name of New Attorney)

place of __ISMAEL D. PEREZ__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | LAW OFFICE OF FRANK E. MAYO |
| Address: | 4962 El Camino Real, Suite 104, Los Altos, CA 94022 |
| Telephone: | 650/964-8901    Facsimile 650/964-7293 |
| E-Mail (Optional): | fmayolaw@aol.com |

I consent to the above substitution.
Date: April 29, 2013
(Signature of Party (s))

I consent to being substituted.
Date: ~~April~~ MAY 15, 2013
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: April 29, 2013
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: May 28, 2013

*Lucy H. Koh*
Lucy H. Koh
United States District Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]