UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HUMBERTO ARRUDA, | Case No.: 13-CV-01155-LHK |
| Plaintiff, | ORDER REGARDING PLAINTIFF'S PROPOSED FIRST AMENDED COMPLAINT; ORDER RELATING CASES |
| v. | |
| LUCKY STORES, INC. aka SAVE MART SUPERMARKETS, a California corporation; and DOES 1 through 50, inclusive, | |
| Defendants. | |

On July 22, 2013, Arruda and Lucky Stores filed a stipulation in which they state that they are in agreement that: (1) Arruda may file his proposed First Amended Complaint, and (2) the instant matter should be related to *Arruda v. United Food and Commercial Workers Union*, Case No. 13-CV-1192. ECF No. 16 at 2. The parties state that United Food agrees to the relation as well. *Id.* The Court therefore ORDERS: (1) Arruda shall file his First Amended Complaint by July 24, 2013; (2) Defendants shall have thirty (30) days to respond to the FAC after it is filed; and (3) this action shall be related to Case No. 13-CV-1192 because "[t]he actions concern substantially the same parties, property, transaction or event. . . ." Northern District of California Local Rule 3-12.

**IT IS SO ORDERED.**

Dated: July 22, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 13-cv-01155-LHK
ORDER REGARDING PLAINTIFF'S PROPOSED FIRST AMENDED COMPLAINT; ORDER RELATING CASES