UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HUMBERTO ARRUDA,<br><br>          Plaintiff,<br>    v.<br><br>LUCKY STORES, INC. aka SAVE MART SUPERMARKETS, a California corporation; and DOES 1 through 50, inclusive,<br><br>          Defendants. | Case No.: 13-CV-01155-LHK<br><br>ORDER REGARDING PLAINTIFF'S PROPOSED FIRST AMENDED COMPLAINT; ORDER RELATING CASES |

On July 22, 2013, Arruda and Lucky Stores filed a stipulation in which they state that they are in agreement that: (1) Arruda may file his proposed First Amended Complaint, and (2) the instant matter should be related to *Arruda v. United Food and Commercial Workers Union*, Case No. 13-CV-1192. ECF No. 16 at 2. The parties state that United Food agrees to the relation as well. *Id.* The Court therefore ORDERS: (1) Arruda shall file his First Amended Complaint by July 24, 2013; (2) Defendants shall have thirty (30) days to respond to the FAC after it is filed; and (3) this action shall be related to Case No. 13-CV-1192 because "[t]he actions concern substantially the same parties, property, transaction or event. . . ." Northern District of California Local Rule 3-12.

**IT IS SO ORDERED.**

Dated: July 22, 2013

                                                    _____<br>
LUCY H. KOH<br>
United States District Judge