UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HUMBERTO ARRUDA,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>LUCKY STORES, INC. aka SAVE MART SUPERMARKETS, a California corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No.: 13-CV-01155-LHK<br><br>ORDER REGARDING INITIAL DISCLOSURES AND CONTINUING CASE MANAGEMENT CONFERENCE |

The Court ORDERS Plaintiff to provide the following to Defendants by November 15, 2013: (1) names, contact information, and subject matter of witnesses; and (2) computation of damages and relevant documents upon which each category of damages is based. *See* Fed. R. Civ. P. 26(a)(1)(A)(i), (iii).

The Court CONTINUES the Case Management Conference scheduled for October 30, 2013, to January 8, 2014, at 2 p.m.

**IT IS SO ORDERED.**

Dated: October 24, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge